William J. Campbell, Esq.; SBN 248729
FITZGERALD & CAMPBELL, APLC
400 N. Tustin Avenue, Suite 401
Santa Ana, Ca. 92705
Telephone: (855) 709-5788     Fax: (855) 672-5058
wcampbell@fclawoffice.com

Attorney for Plaintiff,
JORGE VALENZUELA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VALENZUELA,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.   8:23-cv-02226-FWS-JDE<br>Judge: Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br>Date Removed:  November 29, 2023<br>Trial Date:   None Set<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION VACATING ALL DEADLINES AND FUTURE DATES** |

**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: The Parties have agreed to settle the above-captioned matter, subject to the completion of terms and conditions in a settlement agreement. Pursuant to the terms of the agreement Plaintiff's will be filing a stipulation to dismiss this action with prejudice upon satisfaction of the terms of the settlement agreement.

///

Considering the conditional settlement, the Parties stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle this matter;

WHEREAS, the Parties expect such conditions of settlement to be completed within 90 days of the filing of this notice and stipulation;

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case with the understanding that Plaintiff will file a stipulation for dismissal with prejudice following the completion of the conditional terms of settlement.

NOW THEREFORE, the Parties stipulate and request that the Court vacate all deadlines governing this case.

DATED: December 14, 2023              FITZGERALD & CAMPBELL, APLC


By: /s/ William J. Campbell
    WILLIAM J. CAMPBELL
    Attorney for Plaintiff JORGE VALENZUELA


DATED: December 14, 2023              SOLOMON WARD SEIDENWURM & SMITH, LLP


By: /s/ Thomas F. Landers
    THOMAS F. LANDERS
    Attorney for Defendants MIDLAND FUNDING LLC and MIDLAND CREDIT MANAGEMENT, INC