William J. Campbell, Esq.; SBN 248729
FITZGERALD & CAMPBELL, APLC
400 N. Tustin Avenue, Suite 401
Santa Ana, Ca. 92705
Telephone: (855) 709-5788    Fax: (855) 672-5058
wcampbell@fclawoffice.com

Attorney for Plaintiff,
JORGE VALENZUELA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VALENZUELA,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.    8:23-cv-02226-FWS-JDE<br>Judge: Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br>Date Removed:   November 29, 2023<br>Trial Date:   None Set<br><br>**JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE THAT** plaintiff JORGE VALENZUELA, on the one hand, and defendants MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. by and through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties

have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties will bear each bear their own attorneys' fees and costs.

DATED: January 29, 2024  FITZGERALD & CAMPBELL, APLC

By: /s/ William J. Campbell
 WILLIAM J. CAMPBELL
 Attorney for Plaintiff JORGE VALENZUELA

DATED: January 29, 2024  SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Thomas F. Landers
 THOMAS F. LANDERS
 Attorney for Defendants MIDLAND FUNDING LLC and MIDLAND CREDIT MANAGEMENT, INC

On January 29, 2024, I served the foregoing document described as **JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** in the manner described below on the following parties:

| | |
|---|---|
| Thomas F. Landers, Esq.<br>John A Kelly, Esq.<br>Solomon Ward Seidenwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>Tel:   (619) 231-0303<br>Fax:   (619) 231-4755<br>Email:tlanders@swsslaw.com;<br>jkelly@swsslaw.com | Attorney for Plaintiff:<br>MIDLAND FUNDING LLC., MIDLAND CREDIT MANAGEMENT, INC. |

☑   **BY MAIL:** I am familiar with this firm's practice of collection and processing for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to FRCP Rule 5(b)(2) as indicated above.

☐   **BY E-MAIL:** I caused all of the pages of the above-entitled document(s) to be electronically served on designated recipient(s) as identified above.

☐   **BY FACSIMILE:** I faxed the documents on the date shown below to the fax numbers of the persons listed above. No error was reported by the fax machine that I used.

☑   **BY ELECTRONIC FILING/NOTICE VIA THE CM/ECF SYSTEM:** I electronically filed the documents listed above with the Clerk of (he Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. All Parties are registered ECF users.

I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case. The Case Filing Receipt will be maintained with the original document(s) in our office.

☐   **BY PERSONAL SERVICE:** I caused said document to be had=-delivered by a professional messenger service to the addressee pursuant to FRCP Rule 5(b)(2)

☐ **BY OVERNIGHT CARRIER:** I deposited said documents(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to FRCP Rule 5(b)(2)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 29, 2024, at Santa Ana, California.

__**Christina Blende**__          _____
Type or Print Name                             Signature